UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  Steven Peters                                         Case No. 15-41321-wsd
                                                              Hon. Walter Shapero - Detroit
                DEBTOR                                        CHAPTER 13
_____/

### ORDER ALLOWING DEBTOR TO ENTER INTO A PERMANENT MORTGAGE LOAN MODIFICATION WITH CREDITOR, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE'), c/o SETERUS, INC., AND MODIFYING CHAPTER 13 PLAN

   THIS CAUSE came before the Court on the Stipulation of Debtor, Steven Peters, by and through his attorney, Jesse R. Sweeney; Creditor, Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., by and through counsel; and the Standing Chapter 13 Trustee, Tammy L. Terry, hereby stipulate to entry of an Order Allowing Debtor to Enter Into a Permanent Mortgage Loan Modification With Creditor, Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., and this Court, having reviewed the Stipulation and proposed Order, having determined that entry of this Order is consistent with the provisions of Title 11, United States Code, having determined that entry of this Order is not adverse to any party in interest, and being otherwise fully advised in the premises, it is hereby

   ORDERED AND ADJUDGED that Debtor's Permanent Mortgage Loan Modification is approved as follows:

1. The property securing this mortgage is located at 8736 Mercedes, Dearborn Heights, MI 48127.
2. Effective December 1, 2015, the outstanding principal balance under the Mortgage Loan is $114,657.72.
   a. The maturity date of the Mortgage Loan is November 1, 2055.
   b. The interest rate on the outstanding balance is 4.25% per annum. This rate is fixed for the remainder of the loan term.
   c. Effective June 1, 2015, Debtor's ongoing Class 4.1 mortgage payment will be $853.90, which includes a principal and interest payment amount of $497.18, plus an escrow payment in the amount of $356.72. The payment amount shall be subject to future adjustments for changes in insurance and taxes as provided for in the mortgage and consistent with the requirements of applicable Federal and State Law.

3. Effective December 1, 2015, payments pursuant to the Loan Modification approved in this Order shall be made by the Chapter 13 Trustee, addressed to:

**Seterus, Inc.,
PO Box 54420
Los Angeles, CA 90054-0420**

The Trustee shall make these payments as part of the Trustee's normal disbursement cycle and consistent with the terms of Debtor's confirmed plan as modified herein.

4. Upon the conclusion of Debtor's Chapter 13 case, whether by discharge, conversion, dismissal or otherwise, Debtor shall be responsible for making all future payment pursuant to the terms of the Mortgage Loan documents.

5. The Mortgage Loan shall be deemed contractually current as of December 1, 2015. The Chapter 13 Trustee shall not make further disbursements on any accrued but unpaid balance on Creditor's Class 4.1 post-petition mortgage payments or on Creditor's Class 4.2 pre-petition arrearage claim accruing prior to the date stated in this Paragraph 4.

6. Except as modified in this Order, the terms and conditions of the Loan and Mortgage documents between Debtor and Creditor shall remain in full force and effect.

7. The treatment of the claim of Creditor in Debtor's Chapter 13 Plan as confirmed (and as modified, if at all) is modified as necessary to comply with the provisions of this Order, including but not limited to, the change in Creditor's Class 4.1 mortgage payment and suspension of disbursements on Creditor's Class 4.2 pre-petition arrearage claim.

8. Entry of this Order is without prejudice to debtor filing any further plan modification that debtor deems appropriate.

IT IS FURTHER Ordered and adjudged that except as expressly modified herein, Debtor's Plan as confirmed (and as later modified, if at all) shall remain in full force and effect.

**Signed on December 17, 2015**

                                                **/s/ Walter Shapero**
                              **Walter Shapero**
                              **United States Bankruptcy Judge**