| | |
|---|---|
| Debtor 1 | Steven Peters |
| Debtor 2 | n/a |
| (Spouse, if filing) | |

United States Bankruptcy Court for the: <u>Eastern</u> District of <u>Michigan</u>

(State)

Case number  <u>15-41321-mlo</u>

## Official Form 410S1
# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See bankruptcy rule 3002.1

**Name of creditor:** Seterus, Inc., as authorized subservicer for

**Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America**

**Court claim no.** (if known): **3-1**

**Last four digits** of any number you use to identify the debtor's account:  **9145**

**Date of payment change:**
Must be at least 21 days after date of this notice    <u>5/1/2018</u>

**New total payment:**    <u>$936.52</u>
Principal, interest, and escrow, if any

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

**Will there be a change in the debtor's escrow account payment?**

☐ No          Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law.

☑ Yes          Describe the basis for the change.  If a statement is not attached, explain why: _____

Current escrow payment:   $397.98          New escrow payment:   $439.34

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable rate note?**

☑ No

☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.  If a notice is not attached, explain why: _____

Current interest rate: _____ %          New interest rate: _____ %

Current principal and interest payment:   $497.18          New principal and interest payment:   $497.18

| **Part 3:** | **Other Payment Change** |
|---|---|

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  *(Court approval may be required before the payment change can take effect)*

Reason for change: _____

Current mortgage payment:   $895.16          New mortgage payment:   $936.52

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ ___/s/ Michael P. Hogan_____   Date ___03/26/2018___
  Signature

**Print:**     Michael P. Hogan     P63074      Title    Bankruptcy Attorney _____
               First name      Middle Name    Last name

Company     SCHNEIDERMAN & SHERMAN, P.C. _____

Address     23938 Research Drive, Suite 300 _____
          Number         Street

          Farmington Hills, Michigan 48335 _____
          City          State        Zip Code

Contact phone     248-539-7400        Email: mhogan@sspclegal.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In The Matter of:                                  Chapter 13
                                                 Case 15-41321-mlo

Steven Peters                                  Judge Oxholm

STATE OF MICHIGAN
COUNTY OF OAKLAND

### PROOF OF SERVICE

        Michael P. Hogan, being first duly sworn, deposes and says that he is employed by
SCHNEIDERMAN & SHERMAN, P.C., Attorneys at Law, and that on the 26th day of March, 2018, a
copy of the Payment Change Notice was served upon the following parties either electronically, or by
depositing said copes in the U.S. Mail, postage paid:

Steven Peters                              Tammy L. Terry
8736 Mercedes                          Buhl Building
Dearborn Heights, MI 48127         535 Griswold, Suite 2100
                                         Detroit, MI 48226

Jesse R. Sweeney
25140 Lahser Road
Suite 252B
Southfield, MI 48033

I certify under penalty of perjury that the foregoing is true and correct.

                           /S/  Michael P. Hogan
                           Michael P. Hogan (P63074)
                           mhogan@sspclegal.com
                           Attorney for
                           Seterus, Inc., as authorized subservicer for Federal National
                           Mortgage Association ("Fannie Mae"), a corporation organized
                           and existing under the laws of the United States of America
                           23938 Research Drive, Suite 300
                           Farmington Hills, Michigan 48335
                           **248-539-7400**



# seterus™

PO Box 1077
Hartford, CT 06143-1077

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

STEVEN J PETERS
KELLY M PETERS
c/o JESSE R. SWEENEY
25140 LAHSER RD STE 252
SOUTHFIELD MI 48033-6300

## ESCROW ACCOUNT STATEMENT

Analysis Date: 03/12/18
Loan Number:

| Current Payment | | New Payment Effective 05/01/18 | |
|---|---|---|---|
| Principal and Interest | $497.18 | Principal and Interest* | $497.18 |
| Escrow | $397.98 | Escrow | $383.07 |
| | | Escrow Shortage or Deficiency | $56.27 |
| Total Current Payment | $895.16 | **Total NEW Payment*** | $936.52 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on February 1, 2015. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

### ANTICIPATED DISBURSEMENTS
May 2018 to April 2019

| | |
|---|---|
| CITY | $2,997.12 |
| HAZARD INS | $1,599.75 |
| **Total Disbursements** | **$4,596.87** |

Bankruptcy File Date February 1, 2015

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date $0.00

\*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

\*\*Beginning balance = Starting balance less any unpaid escrow disbursements

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $766.14.

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $62.84- |
| Post Petition Beg Bal* | | | | $62.84- |
| 05/01/2018 | 383.07 | 0.00 | | 320.23 |
| 06/01/2018 | 383.07 | 0.00 | | 703.30 |
| 07/01/2018 | 383.07 | 2,345.79- | CITY | 1,259.42- |
| 08/01/2018 | 383.07 | 0.00 | | 876.35- |
| 09/01/2018 | 383.07 | 0.00 | | 493.28- |
| 10/01/2018 | 383.07 | 0.00 | | 110.21- |
| 11/01/2018 | 383.07 | 0.00 | | 272.86 |
| 12/01/2018 | 383.07 | 651.33- | CITY | 4.60 |
| 01/01/2019 | 383.07 | 0.00 | | 387.67 |
| 02/01/2019 | 383.07 | 1,599.75- | HAZARD INS | 829.01- |
| 03/01/2019 | 383.07 | 0.00 | | 445.94- |
| 04/01/2019 | 383.07 | 0.00 | | 62.87- |
| **Total** | **$4,596.84** | **$4,596.87-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $766.14, or 1/6 of the total anticipated payments from your escrow account. Your lowest escrow balance was $1,259.42-.

The escrow account has a post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The projected beginning balance of your escrow account is $62.84-. Your required beginning balance according to this analysis should be $1962.72. This means you have a shortage and/or deficiency of $2,025.56. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 36 installments and included this amount in your escrow payment.

**Continued on Reverse**
INTERNET REPRINT

# ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from May 2017 to April 2018. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

## ACTUAL ESCROW ACCOUNT HISTORY

| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance | | | | | | $1,816.72 | $2,366.63- |
| **Date** | | | | | | | |
| 05/01/17 | 355.10 | 0.00* | 0.00 | 0.00 | | 2,171.82 | 2,366.63- |
| 06/01/17 | 355.10 | 708.30* | 0.00 | 0.00 | | 2,526.92 | 1,658.33- |
| 07/01/17 | 355.10 | 354.15* | 2,171.82- | 0.00* | CITY | 710.20 | 1,304.18- |
| 08/01/17 | 355.10 | 354.15* | 0.00 | 2,345.79-* | CITY | 1,065.30 | 3,295.82- |
| 09/01/17 | 355.10 | 354.15* | 0.00 | 0.00 | | 1,420.40 | 2,941.67- |
| 10/01/17 | 355.10 | 354.15* | 0.00 | 0.00 | | 1,775.50 | 2,587.52- |
| 11/01/17 | 355.10 | 397.98* | 0.00 | 0.00 | | 2,130.60 | 2,189.54- |
| 12/01/17 | 355.10 | 397.98* | 667.40- | 0.00* | CITY | 1,818.30 | 1,791.56- |
| 12/01/17 | 0.00 | 0.00 | 0.00 | 651.33-* | CITY | 1,818.30 | 2,442.89- |
| 01/01/18 | 355.10 | 397.98* | 0.00 | 0.00 | | 2,173.40 | 2,044.91- |
| 02/01/18 | 355.10 | 397.98* | 1,422.00- | 1,599.75-* | HAZARD INS | 1,106.50 | 3,246.68- |
| 03/01/18 | 355.10 | 2,785.86* | 0.00 | 0.00 | | 1,461.60 | 460.82- |
| 04/01/18 | 355.10 | 0.00* | 0.00 | 0.00 | | 1,816.70 | 460.82- |
| | | | | | | | |
| **Total** | **$4,261.20** | **$6,502.68** | **$4,261.22-** | **$4,596.87-** | | | |

\* indicates a difference from a previous estimate either in the date or the amount.

\*\* indicates escrow payment made during a period where the loan was paid ahead.

**NOTE –** This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

INTERNET REPRINT